**Bennie J. ROBERSON, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta Georgia, Appellee.**

No. 12590.

United States Court of Appeals
Fifth Circuit.

April 15, 1949.

No appearance for appellant.

J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., and Eugene M. Caffey, Col., J. A. G. D., Hq. 3rd Army, and H. M. Peyton, Lt. Col., both of Fort McPherson, Ga., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The judgment of the district court discharging the writ of habeas corpus and remanding petitioner to the custody of appellee is hereby affirmed.[1]

**George L. SHELDON and Nelson E. Taylor, on Behalf of Themselves and All Others Similarly Situated, Appellants, v. Carroll REECE and Ezra R. Whitla, on Behalf of Themselves and All Others Similarly Situated, and Perry W. Howard and Lee M. Owen, on Behalf of Themselves and All Others Similarly Situated.**

No. 9759.

United States Court of Appeals
Third Circuit.

Submitted March 25, 1949.
Decided March 30, 1949.

W. Woolston, of Philadelphia, Pa., and Alfred Stoner, of Greenwood, Miss., for appellants.

Raymond Pace Alexander, of Philadelphia, Pa., for appellees.

Before MARIS, O'CONNELL, and KALODNER, Circuit Judges.

PER CURIAM.

It being clear that the controversy involved in this case is moot, the appeal will be dismissed.

**Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, Appellant, v. Beatrice NORWOOD et al., Appellees.**

Nos. 12527, 12728.

United States Court of Appeals
Fifth Circuit.

April 14, 1949.

Ed Dupree, Gen. Counsel, Hugo V. Prucha, Asst. Gen. Counsel, and William A. Moran, Sp. Litigation Atty., all of Washington, D. C., and H. C. Happ, Regional Atty., and J. Edwin Fleming, Litigation Atty., both of Dallas, Tex., for appellant.

John D. Cofer, of Austin, Tex., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

It is ordered that the judgments appealed from be, and the same hereby are, affirmed.

---

[1] Reaves v. Ainsworth, 219 U.S. 296, 31 S.Ct. 230, 55 L.Ed. 225; United States ex rel. Creary v. Weeks, 259 U.S. 336, 42 S.Ct. 509, 66 L.Ed. 973; Altmayer v. Sanford, 5 Cir., 148 F.2d 161; Maye v. Pescor, 8 Cir., 162 F.2d 641.